# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION


| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:08CR00013   SWW |
| SERGIO ZEPEDA CARLON | * | |
| | * | |
| | * | |
| | * | |

## JUDGMENT OF ACQUITTAL

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED,

and  ADJUDGED that the jury verdict entered on July 22, 2008 is SET ASIDE, and Defendant

Sergio Zepeda Carlon is hereby ACQUITTED of the crime charged in Count I of the indictment.

IT IS SO ORDERED THIS 18TH DAY OF AUGUST, 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE